United States District Court
Southern District of Texas

**ENTERED**
January 20, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CRIMINAL NO. 4:15-cr-204-8 |
| § | |
| MATIN SADEGHI, § | |
| Defendant. § | |

## ORDER

Having considered the Government's Motion to Dismiss Without Prejudice as to counts one, two, three, four, five, and seven of the criminal indictment against defendant Matin Sadeghi;

IT IS HEREBY ORDERED that said motion is GRANTED.

Done at Houston, Texas, on January _19_, 2016.

_____
HONORABLE NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE